UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 71.164.79.227,<br><br>           Defendant. | Civil Action No. 1:21-cv-00355-NAM-ATB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice.</u> John Doe was assigned the IP address 71.164.79.227. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 23, 2021                             Respectfully submitted,

By:     /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq. (#1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue, Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail: jjames@jacquelinejameslaw.com
        *Attorneys for Plaintiff*

IT IS SO ORDERED:

*/s/ Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge

Dated:    8/24/2021

1